1  Jules F. Bonjour, State Bar No. 38980
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  (510) 785-8400
   jules@btbandb.com
4

5  Attorneys for defendant
   Jasvir Singh Puaar
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JASVIS SINGH PUAAR,<br>　　　　Defendant.<br>_____/ | No.  CR 03-40202 SBA<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

　　　The government and defendant Jasvis Puarr, through his counsel Jules Bonjour, hereby stipulate that the Status Conference currently set for Tuesday, May 26, 2009 be continued to Tuesday, August 4, 2009 at 9:00 am.

　　　The reason for the continuance is to allow counsel and probation additional time for investigation of the case.

///

///

///

1   Counsel for Mr. Puuar has spoken to USPO Sonya LaPizco and she has no objection to
2   the continuance of this matter.

4   IT IS SO STIPULATED.

DATED:  May 22, 2009                                    _____/S/_____
                                                        KIMBERLY BRIGGS
                                                        Assistant United States Attorney


DATED:  May 22, 2009                                    _____/S/_____
                                                        JULES BONJOUR
                                                        Attorney for Jasvis Puaar


12  IT IS SO ORDERED.

DATED: 5/26/09                                          _____/s/ Saundra B. Armstrong_____
                                                        THE HON. SAUNDRA B. ARMSTRONG
                                                        UNITED STATES DISTRICT COURT
                                                        JUDGE