Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400
jules@btbandb.com

Attorneys for defendant
Jasvir Singh Puaar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JASVIS SINGH PUAAR,<br>    Defendant.<br>_____/ | No. CR 03-40202 SBA<br><br>AMENDED<br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE |

The government and defendant Jasvis Puarr, through his counsel Jules Bonjour, hereby stipulate that the Status Conference currently set for Tuesday, May 26, 2009 be continued to Tuesday, July 28, 2009 at 9:00 am.

The reason for the continuance is to allow counsel and probation additional time for investigation of the case.

///

///

///

1  Counsel for Mr. Puuar has spoken to USPO Sonya LaPizco and she has no objection to
2  the continuance of this matter.

4  IT IS SO STIPULATED.

DATED: May 22, 2009                                   _____/S/_____
                                                      KIMBERLY BRIGGS
                                                      Assistant United States Attorney


DATED: May 22, 2009                                   _____/S/_____
                                                      JULES BONJOUR
                                                      Attorney for Jasvis Puaar


IT IS SO ORDERED.

DATED:5/26/09                                         ___*Saundra B Armstrong*___
                                                      THE HON. SAUNDRA B. ARMSTRONG
                                                      UNITED STATES DISTRICT COURT
                                                      JUDGE